UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIANA GYORI,

                          Plaintiff,                    No. 21 Civ. 3850

          -against-                                     **STIPULATION OF**
                                                        **DISMISSAL WITH PREJUDICE**

AWISCO NEW YORK CORP.; ADP
TOTALSOURCE CO XXII, INC.; LLOYD
ROBINSON, individually; IBRAHIM
ABDELSAYED, individually,

                          Defendants.

-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants

Awisco New York Corp. and ADP TotalSource Co XXII, Inc., as represented by their attorneys

below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed with prejudice and without costs, expenses, or fees of any kind to any party.

Dated: December 23, 2021

DEREK SMITH LAW GROUP, PLLC              GORDON & REES SCULLY MANSUKHANI
One Penn Plaza, Suite 4905               18 Columbia Turnpike, Suite 220
New York, New York 10119                 Florham Park, NJ 07932
(212) 587-0760                           (973) 549-2531
dsk@dereksmithlaw.com                    mgallo@grsm.com

By: */s/ Daniel S. Kirschbaum*           By: */s/ Matthew Gallo*
    Daniel S. Kirschbaum, Esq.               Matthew Gallo, Esq.

    *Attorneys for Plaintiff*                *Attorneys for Defendant Awisco New York Corp.*

                                         JACKSON LEWIS, P.C.
                                         44 South Broadway, Fourteenth Floor
                                         White Plains, New York 10601
                                         (914) 549-2531
                                         Joseph.Martin@jacksonlewis.com

                                         By: */s/ Joseph M. Martin*
                                             Joseph M. Martin, Esq.

                                             *Attorneys for Defendant*
                                             *ADP TotalSource Co XXII, Inc.*